Jon P. Jacobs (SBN 205245)
Ryan H. Gomez (SBN 305208)
LAW OFFICES OF JON JACOBS
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
jon@lemonbuyback.com
ryan@lemonbuyback.com

Attorneys for Plaintiff
PAT BAIRD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAT BAIRD,<br><br>       Plaintiff,<br><br>v.<br><br>POLARIS INDUSTRIES INC.; and DOES ONE through TEN,<br><br>       Defendants. | CASE NO.: 2:18-CV-00198-JAM-DB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: August 3, 2018                           LAW OFFICES OF JON JACOBS


                                                /s/ Ryan H. Gomez_____
                                                Ryan H. Gomez
                                                Attorneys for Plaintiff
                                                WILLIAM SLADE


Dated: August 3, 2018                           WILSON TURNER KOSMO LLP


                                                /s/ James P. Leonard (*as authorized on 8/3/18*)
                                                James P. Leonard, II
                                                Attorneys for Defendants
                                                POLARIS INDUSTRIES INC.

---

1

Baird v. Polaris                                                    Stipulation of Dismissal

# **ORDER**

Based on the foregoing stipulation, this action shall be, and hereby is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

Dated: August 3, 2018

_____ /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge